

FILED
IN CLERK'S OFFICE

2003 DEC 29 P 1: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 29, 2003

Ms. Gina Affsa
Clerk to Hon. Robert B. Collings
United States District Court
1 Courthouse Way
Boston MA 02210

     Re: <u>United States v. Bannerman</u> et al.
        No. 03-10370-DPW

Dear Ms. Affsa:

     Enclosed for filing in the above-captioned case please find
an original signature page for Owen Walker, Jack Diamond, and
Kevin Reddington (counsel to Jose Vezga, John McCarthy, and
Daniel Macauley, respectively). Please attach this page to the
Protective Order filed on December 3, 2003. Thank you!

                    Very truly yours,

                    MICHAEL J. SULLIVAN
                    United States Attorney

            By:
                    RACHEL E. HERSHFANG
                    Assistant U.S. Attorney

Enclosure

cc:  James M. Merberg
     66 Long Wharf
     Boston, MA 02110

     John Wall, Esq.
     Law Office of John Wall

Ms. Affsa
December 8, 2003
Page 2

        One Commercial Wharf West
        Boston, MA 02110

        Kevin J. Reddington, Esq.
        Kevin J. Reddington Law Office
        1342 Belmont
        Brockton, MA 02301

        John T. Diamond, III, Esq.
        15 Foster
        Quincy, MA 02169

        Frances A. McIntyre, Esq.
        Ficksman & Conley, LLP
        98 N. Washington
        Boston, MA 02114

        Owen S. Walker, Esq.
        Federal Defenders Office
        408 Atlantic Avenue
        Boston, MA  02109

## PROTECTIVE ORDER

## Douglas Bannerman et al.,
## Criminal No. 03-M-0454-RBC

_____
Rachel E. Hershfang
Assistant U.S. Attorney

12/8/03
Date

_____

12/8/03
Date

_____
John Wall

12/10/03
Date

_____

12-22-03
Date

_____

12/22/03
Date

_____
Owen Walker (Jose Vega)

12/2-/03
Date

_____

_____
Date

_____

_____
Date