UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.03-10370-DPW |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SCOTT MEYERS, KURT WALTER | ) | |
| Defendants. | ) | |
| _____ | ) | |

### ASSENTED TO MOTION TO CONTINUE DETENTION HEARING

Defendants by and through their attorneys of record, respectfully move this Honorable Court, with the agreement and consent of the government to continue the detention hearing on the within matter until January 13, 2004 at 11:00 AM or such other convenient date for the Court. In support hereof, defendants submit that they were either recently appointed or retained and that they just received the transcript of the initial detention hearing and, therefore, need additional time to prepare.

Date: December 11, 2003          Respectfully submitted,

*William Cintolo/MCB*                    *Michael C. Bourbeau*
_____            _____
WILLIAM CINTOLO                  MICHAEL C. BOURBEAU BBO # 545908
Attorney for Defendant           Attorney for Defendant
KURT WALTER                      SCOTT MEYERS

1 International Pl.              21 Union Street
Boston, MA 02110                 Boston, MA 02108
(617) 439-7775                   (617) 722-9496

**Certificate of Service**

I, Michael Bourbeau, hereby certify that I have caused to be served a copy of the within motion upon all counsel of record, this date by hand, electronic mail, fax or by mailing said motion by first class mail to each said person.

Dated: January 7, 2004           *Michael C. Bourbeau*