**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES** | 2004 JAN -7  A 10: 36 | **CR. NO. 03-10370-DPW** |
| **v.** | U.S. DISTRICT COURT | |
| **KURT WALTER** | DISTRICT OF MASS. | |

### MOTION TO WITHDRAW AS COUNSEL

NOW COMES court-appointed counsel John Wall and moves to withdraw as counsel in the above-captioned case for the reason that subsequently retained counsel William Cintolo, Esq. has informed the undersigned that he is replacement counsel and has retrieved all discovery as well as all files and documents originated by the undersigned.

Respectfully submitted,

John Wall
BBO # 513300
One Commercial Wharf West
Boston, MA 02110
617-742-9096

Dated: January 6, 2004

### CERTIFICATE OF SERVICE

I, John Wall, hereby certify that on January 6, 2004, I served a copy of the foregoing motion by mail to Rachel E. Hershfang, Esq., AUSA, U.S. Attorneys Office, U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210; to William Cintolo, Esq., Cosgrove, Eisenberg & Kiley, P.C., One International Place, Boston, MA 02110; and to Kurt Walter, Federal Detainee ID#36623, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360.

John Wall