UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JAN 12 P 12:07

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Criminal Docket No. 03-10370-DPW |
| ) | |
| KURT WALTER, ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The undersigned, William J. Cintolo, appears as counsel for the defendant Kurt Walter in the within captioned case.

Respectfully submitted,

_____
William J. Cintolo, BBO # 084120
COSGROVE EISENBERG & KILEY
One International Place, Suite 1820
Boston, MA 02110
617.439.7775 (telephone)
617.330.8774 (fax)
WCintolo@AOL.com (email)

Dated: January 7, 2004