# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                          CRIMINAL NO. 2004-10370-DPW-02

KURT WALTER,
       Defendant.

## ORDER SETTING CONDITIONS OF PRE-TRIAL RELEASE

COLLINGS, U.S.M.J.

After hearing, I find that the conditions of release which follow will reasonably assure the defendant's appearance and the safety of other persons and the community:

(1) The defendant shall live only at 53 Beaconsfield Road Brookline, Massachusetts (hereinafter, "the residence") and at no other location.

(2) The defendant is released into the third-party custody of Michael and Karen McLaughlin (hereinafter, the "third party custodians").

(3) The defendant shall obtain employment while on release and provide pay stubs to Pre-Trial Services as proof of employment.

(4) The defendant shall sign a $50,000 unsecured bond.

(5) The defendant shall report by telephone to Pre-Trial Services every Tuesday and Friday before 12 Noon. If a Tuesday or a Friday are a federal holiday, the defendant shall telephone on the next working day.

(6) The defendant's travel is restricted to Massachusetts, In addition, he may travel to Florida ONLY (a) to attend a scheduled Court session in which he is a defendant, (b) to meet with the attorney who is representing him in a criminal case, or (3) to report to Probation in Monroe County.

(7) The defendant shall abide by the terms and conditions of probation imposed in Monroe County, Florida and shall attend any court hearings in connection with that probation at which his attendance is required.

(8) The defendant shall refrain from possessing a firearm, destructive device or other dangerous weapon while on release and there shall be no firearms, destructive devices or dangerous weapons at the residence.

(9) The defendant shall refrain from excessive use of alcohol and any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription from a licensed medical practitioner.

(10) The defendant shall submit to drug testing by Pre-Trial Services as directed.

(11) The defendant shall submit to drug counseling if and as directed by Pre-Trial Services.

(12) The defendant shall surrender his passport and obtain no other passports or travel documents while on release.

(13) The defendant shall not violate any federal, state or local law

while on release; the defendant shall not violate any of the provisions of 18 U.S.C. §§ 1502, 1512 & 1513 while on release.

(14) The defendant shall notify Pre-Trial Services on any arrest within twenty-four (24) hours of any arrest.

Counsel for the defendant shall notify the Court when the third-party custodians are prepared to appear in Court for a release hearing.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: January 30, 2004.