UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
)
)
vs. ) Criminal Docket No. 03-10370-DPW
)
)
KURT WALTER, )
    Defendant. )
)

**MOTION TO FILE MOTION TO JOIN LATE**

Now comes the defendant Kurt Walter and moves to file his motion to join the motions to suppress the wiretaps and physical evidence late.

In support hereof, the defendant's counsel says that he his presently on trial before Judge Reginald Lindsay of this court and has been preparing for said trial for the past two and a half weeks. As a result of such preparation, the defendant's counsel inadvertently missed the filing date.

Respectfully submitted,

William J. Cintolo, BBO # 084120
COSGROVE EISENBERG & KILEY
One International Place, Suite 1820
Boston, MA 02110
617.439.7775 (telephone)
617.330.8774 (fax)
WCintolo@AOL.com (email)

Dated: December 1, 2004

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by First-Class Mail.
Date: 12/1/04
WILLIAM J. CINTOLO

UNITED STATES DISTRICT COURT
DIST. OF MASS.
FILED IN OPEN COURT
DATE 12-1-04
Noreen Russo
Deputy Clerk