UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
)
)
)
vs. )   Criminal Docket No. 03-10370-DPW
)
)
)
KURT WALTER, )
Defendant. )
)

**MOTION TO JOIN**

Now comes the defendant Kurt Walter and moves to join the motions to suppress the wiretaps and physical evidence insofar as said motions are applicable to the defendant.

UNITED STATES DISTRICT COURT
DIST. OF MASS.

FILED IN OPEN COURT

DATE  12-1-04

Noreen Russo
Deputy Clerk

Respectfully submitted,

William J. Cintolo, BBO # 084120
COSGROVE EISENBERG & KILEY
One International Place, Suite 1820
Boston, MA 02110
617.439.7775 (telephone)
617.330.8774 (fax)
WCintolo@AOL.com (email)

Dated: December 1, 2004

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by First-Class Mail.
Date: 12/1/04
WILLIAM J. CINTOLO