# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

v.

CRIMINAL NO. 2003-10370-DPW

DOUGLAS K. BANNERMAN,
ET AL.,
      Defendants.

## ORDER

COLLINGS, U.S.M.J.

It is ORDERED that the Superseding Indictment in the above-styled case be, and the same hereby is, UNSEALED in its entirety.

The United States Attorney is ORDERED to mail copies of the unredacted Superseding Indictment to counsel for all defendants FORTHWITH.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 5, 2005.