JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Daniel Macauley

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  **Category No.** I  **Investigating Agency** DEA

**City** Boston  **Related Case Information:**

**County** Suffolk
Superseding Ind./ Inf.  X  Case No.  03-10370-DPW
Same Defendant  X  New Defendant
Magistrate Judge Case Number  03-0454-RBC
Search Warrant Case Number  03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  John J. McCarthy  Juvenile: ☐ Yes  ■ No

Alias Name

Address  32 Juniper Street, Brookline, MA

Birthdate: 1964  SS #  Sex: Male  Race:  Nationality:

**Defense Counsel if known:**  Address

Bar Number

**U.S. Attorney Information:**

AUSA  Rachel E. Hershfang/Denise J. Casper  Bar Number if applicable

**Interpreter:** ☐ Yes  ■ No  List language and/or dialect:

**Matter to be SEALED:** ■ Yes  ☐ No

■ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence _____ ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on 12/03

**Charging Document:**  ☐ Complaint  ☐ Information  ■ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28 2004  Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   John J. McCarthy.

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     Category No. __I__     **Investigating Agency** __DEA__

**City** __Boston__     **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. __X__     Case No. __03-10370-DPW__
Same Defendant __X__     New Defendant
Magistrate Judge Case Number __03-0454-RBC__
Search Warrant Case Number __03-0455-61, 0477, 0479-84-RBC__
R 20/R 40 from District of

**Defendant Information:**

Defendant Name __John Graham__     Juvenile: ☐ Yes ■ No

Alias Name

Address

Birthdate: __1961__ SS # _____ Sex: __Male__ Race: _____ Nationalit __Canadian__

**Defense Counsel if known:** _____ Address _____

Bar Number

**U.S. Attorney Information:**

AUSA __Rachel E. Hershfang/Denise J. Casper__     Bar Number if applicable

**Interpreter:** ☐ Yes ■ No     List language and/or dialect:

**Matter to be SEALED:** ■ Yes ☐ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date __12/2/03__

☐ Already in Federal Custody as of __12/2/03__ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
X On Pretrial Release: Ordered by: __MJ Collings__ on __12/3/03__

**Charging Document:** ☐ Complaint ☐ Information ■ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ■ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 28, 2004__     Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   John Graham

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**  Category No. __I__   Investigating Agency __DEA__

City __Boston__

County __Suffolk__

**Related Case Information:**

Superseding Ind./Inf. __X__   Case No. __03-10370-DPW__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __03-0454-RBC__
Search Warrant Case Number __03-0455-61, 0477, 0479-84-RBC__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Scott Myers__   Juvenile: ☐ Yes  ■ No

Alias Name _____

Address __405 Columbus Avenue, Boston, MA__

Birthdate: __1968__  SS # _____  Sex: __Male__  Race: __White__  Nationality: _____

**Defense Counsel if known:** _____   Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA __Rachel E. Hershfang/Denise J. Casper__   Bar Number if applicable _____

Interpreter: ☐ Yes  ■ No   List language and/or dialect: _____

**Matter to be SEALED:** ■ Yes  ☐ No

■ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date _____

x  Already in Federal Custody as of __12/03__ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ■ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ■ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 28, 2004__   Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Scott Myers

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

≈JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**   **Category No.** I   **Investigating Agency** DEA

**City** Boston

**Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. X   Case No. 03-10370-DPW
Same Defendant X   New Defendant
Magistrate Judge Case Number   03-0454-RBC
Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

## Defendant Information:

Defendant Name   Jose Vezga   Juvenile:   ☐ Yes   ■ No
Alias Name
Address   11 Melrose Avenue, Wakefield, MA
Birthdate: 1958   SS #   Sex: Male   Race: Hispanic   Nationality Venezuela

**Defense Counsel if known:**   Address
Bar Number

## U.S. Attorney Information:

AUSA   Rachel E. Hershfang/Denise J. Casper   Bar Number if applicable

Interpreter:   ☐ Yes   ■ No   List language and/or dialect:

Matter to be SEALED:   ■ Yes   ☐ No

☐ Warrant Requested   ☐ Regular Process   X In Custody

## Location Status:

Arrest Date   12/3/03

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: MJ Collings   on 12/3/03

**Charging Document:**   ☐ Complaint   ☐ Information   ■ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ■ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28 2004   Signature of AUSA: [signature]

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jose Vezga

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**
City: Boston
County: Suffolk

**Category No.** I
**Investigating Agency** DEA

**Related Case Information:**
Superseding Ind./Inf. X   Case No. 03-10370-DPW
Same Defendant ___   New Defendant X
Magistrate Judge Case Number   03-0454-RBC
Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of ___

**Defendant Information:**
Defendant Name: Frank Giglio   Juvenile: ☐ Yes  ■ No
Alias Name: ___
Address: ___
Birthdate: ___   SS #: ___   Sex: Male   Race: White   Nationalit___

**Defense Counsel if known:** ___   Address: ___
Bar Number: ___

**U.S. Attorney Information:**
AUSA: Rachel E. Hershfang/Denise J. Casper   Bar Number if applicable ___

Interpreter: ☐ Yes  ■ No   List language and/or dialect: ___

Matter to be SEALED: ■ Yes  ☐ No

X Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: ___

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint  ☐ Information  ■ Indictment
**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004   Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Frank Giglio

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____