UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) CRIM. NO. 03-10370-DPW |
| | ) |
| DOUGLAS K. BANNERMAN, et al., | ) |
| | ) |
| | ) |
| Defendant | ) |

DEFENDANT GARY NEWELL'S MOTION TO JOIN
DEFENDANT MACAULEY'S MOTION TO STRIKE
SURPLUSAGE FROM SUPERSEDING INDICTMENT

Now comes the defendant Gary Newell in the above-captioned case and hereby moves to join in co-defendant Daniel Macauley's Motion to Strike Surplusage from Superseding Indictment, including his memorandum in support, which was filed with the Court on or about January 10, 2005.

Dated:  January 11, 2005

Respectfully submitted,
Gary Newell,
By his attorney,

Debra A. DelVecchio
B.B.O. No. 542139
DEL VECCHIO & HOUSEMAN
15 Front Street
Salem, MA  01970
(978) 740-5999

CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of this document was served upon the attorney of record for each party and each party appearing pro se, by mail, hand delivery, facsimile, or courier service, on 1/11/05