June 13, 2005

Michelle Rynne
Courtroom Clerk to the
 Honorable Douglas P. Woodlock
United States District Court
One Courthouse Way
Boston, MA  02210

     Re: United States of America v. Kurt Walter, Docket No. 03-10370-DPW

Dear Ms. Rynne:

     Enclosed for filing in the above-captioned matter please find Defendant Kurt Walter's Motion for Travel Outside the Jurisdiction.  I have spoken to AUSA Hershfang and she has assented to the motion.  I would like to address this issue at the hearing already scheduled for tomorrow. Would you kindly bring it to the attention of the judge?

     As always, thank you for your attention to this matter.

                                         Very truly yours,


                                         William J. Cintolo


Enclosure
WJC/bat